**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

VICTORIA DIANE GARRETT                                                                               PLAINTIFF
ADC #708139

V.                                              NO: 1:09CV00031 JMM

LINDA DIXON *et al.*                                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this  14  day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE